THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
ARMAND D. ROTH (State Bar No. 214624)
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8924;Facsimile: (415) 744-0134
Email: Armand.Roth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JESUS F. GUERRERO CUEVAS, | ) Case No. CV 17-08187-JPR |
| Plaintiff, | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

| | |
|---|---|
| 1 | Based upon the parties' Stipulation for the Award and Payment of Equal |
| 2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE |
| 3 | THOUSAND THREE Hundred and TWENTY-NINE Dollars 24cents [$3,329.24] |
| 4 | as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the |
| 5 | Stipulation. |
| 6 | |
| 7 | Dated: April 8, 2019           _____ |
| 8 |                                              HONORABLE JEAN ROSENBLUTH |
|   |                                              UNITED STATES MAGISTRATE JUDGE |

1